FILED
2006 Nov-17 AM 11:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **JACKIE LAMAR AARON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 5:06-cv-01742-VEH-RRA** |
| ) | |
| **WILLIAM CARDWELL,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 27, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and/or for seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The plaintiff has submitted correspondence in response to the report and recommendation. (Documents #13, #14, #15 and #16).[1]

---

[1] The court construes the plaintiff's correspondence as objections to the report and recommendation, and as such they are without merit. In his letters to the court, the plaintiff simply reiterates his allegations that he was prosecuted on "made up" documents and he asserts that he was conspired against. However, a naked assertion of conspiracy without supporting operative facts is not sufficient to state a claim under § 1983. *See Phillips v. Mashburn*, 746 F.2d 782 (11th Cir. 1984). Additionally, the plaintiff asserts no new facts which would overcome the statute of limitations and *Heck* issues previously addressed in his most recent action involving these matters. *See Aaron v. Phillips*, Case Number 5:06-cv-00859-CLS-RRA.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted and/or for seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). An appropriate order will be entered.

**DONE** this 17th day of November, 2006.

                                        **VIRGINIA EMERSON HOPKINS**
                                        United States District Judge